IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEONARD G. MARQUEZ,

    Petitioner,

vs.

                                      No. 07 CR 286 LH
                                      No. 16 CV 641 LH/SMV

UNITED STATES OF AMERICA,

    Respondent.

## ORDER EXTENDING TIME TO FILE
## REPLY TO THE UNITED STATES' RESPONSE TO
## PETITIONER'S MOTION TO CORRECT SENTENCE

THIS MATTER having come before the Court and the Court being fully aware of the circumstances including Assistant United States Attorney Alexander M.M. Uballez having no objection to the extension of time for the filing of petitioner's reply to the United States' Response to Defendant's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 and Motion for Stay of Proceedings until the Tenth Circuit issues its Opinion in *United States v. Maldonado-Palma*, finds that good cause exists to grant Mr. Marquez' motion.

IT IS THEREFORE ORDERED that counsel for Mr. Marquez be allowed until December 5, 2016, to file his reply in this matter.

                                                          _____
                                                          STEPHAN M. VIDMAR
                                                          United States Magistrate Judge

Submitted by:
Benjamin A. Gonzales, AFPD
Attorney for Petitioner
Approved electronically on 11-3-16 by:
Alexander M.M. Uballez, AUSA
Attorney for Respondent.